UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:11-CR-25(01)RM |
| ) | |
| CRYSTAL CANONGE ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 10, 2011 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Crystal Canonge's plea of guilty, and FINDS the defendant guilty of Count 4 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: July 5, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court